**Order entered December 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00211-CR

## MICHAEL DWAYNE NEWMAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F11-62630-J**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for a hearing because appellant's brief, due September 20, 2019, had not been filed and we had no communication from appellant regarding the appeal. On December 6, 2019, the trial court's findings from that hearing were filed. We **ADOPT** the findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Daniel Oliphant; and (3) counsel has not abandoned the appeal but needs additional time to file the brief.

We **ORDER** appellant's brief filed on or before **February 3, 2020**. Appellate counsel is cautioned that the failure to file a brief by that day will result in the Court taking whatever

remedies it has available to ensure appellant's rights are adequately represented and that this appeal proceeds in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; to Daniel Oliphant; and to the Dallas County District Attorney's Office.

/s/ BILL PEDERSEN, III
JUSTICE